

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR 10 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

FILE COPY

RE: Case No. 15-0180                    DATE: 3/9/2015
    COA #: 12-14-00238-CV      TC#: 20870
STYLE: IN THE INTEREST OF S.R., A CHILD.


    A petition for review was filed today in the
above-styled case.  Respondent may file either a
response, or a waiver of response.  If you file a
waiver, the Court will not grant the petition without
first requesting a response.  (TEX. R. APP. P. 53.3)
There is no fee for a response or a waiver.

                    MS. CATHY S. LUSK
                    CLERK, TWELFTH COURT OF APPEALS
                    1517 WEST FRONT, SUITE 354
                    TYLER, TX  75702